IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION
OF FAULKNER COUNTY, ARKANSAS
CRIMINAL DIVISION

CHRISTOPHER HAYS and LINSAY
BRADBURY, Each Individually and
on Behalf of All Others Similarly Situated                                   PLAINTIFFS

VS.                           CASE NO. 4:19CV-466-LPR

BRIGGS RENTALS LLC and BOBBY BRIGGS                        DEFENDANTS

### ENTRY OF APPEARANCE

The undersigned enters their appearance as plaintiff's counsel under the Sixth Amendment to the U.S. Constitution and Ark. Const, Art. 2 §10.

Respectfully submitted,

/s/ Patrick J. Benca
Patrick J. Benca
 Ark. Bar No. 99020
LAW OFFICES OF PATRICK J. BENCA
1311 S. Broadway
Little Rock, Arkansas 72202
Phone:  (501) 353-0024
patrick@pjbencalaw.com
*Attorney for Plaintiffs*

CERTIFICATE OF SERVICE

I certify that a copy was served, via electronic filing to all parties of record on April 26, 2024.

/s/ Patrick J. Benca
Patrick J. Benca

1