# BRIGGS RENTALS LLC
## 727 HWY 365
## Mayflower, AR 72106
## Employee Payroll Listing - By Name
## January 1, 2017 to December 31, 2017

| Name | PayPeriod Date | Check # | Reg Hrs | OT Hrs | Tips | Gross Earning | Soc Sec | Med | Fed | St | Ded | Ben | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BRADBURY, LINSAY | | | | | | | | | | | | | |
| | 08/29/2017 | 11131 | 40.00 | 11.50 | 0.00 | 687.00 | 42.59 | 9.96 | 87.45 | 25.55 | 0.00 | 0.00 | 521.45 |
| | 08/29/2017 | 11132 | 5.00 | 0.00 | 0.00 | 60.00 | 3.72 | 0.87 | 1.58 | 0.16 | 0.00 | 0.00 | 53.67 |
| | 09/05/2017 | 11133 | 40.00 | 8.25 | 0.00 | 628.50 | 38.97 | 9.11 | 78.67 | 22.09 | 0.00 | 0.00 | 479.66 |
| | 09/08/2017 | 11136 | 38.00 | 0.00 | 0.00 | 456.00 | 28.27 | 6.61 | 52.80 | 11.92 | 0.00 | 0.00 | 356.40 |
| | 09/15/2017 | 11141 | 40.00 | 11.25 | 0.00 | 682.50 | 42.31 | 9.90 | 86.77 | 25.28 | 0.00 | 0.00 | 518.24 |
| | 09/22/2017 | 11144 | 40.00 | 5.25 | 0.00 | 574.50 | 35.62 | 8.33 | 70.57 | 18.91 | 0.00 | 0.00 | 441.07 |
| | 09/28/2017 | 11147 | 40.00 | 12.00 | 0.00 | 696.00 | 43.15 | 10.09 | 88.80 | 26.08 | 0.00 | 0.00 | 527.88 |
| | 10/05/2017 | 11150 | 40.00 | 1.50 | 0.00 | 507.00 | 31.43 | 7.35 | 60.45 | 14.93 | 0.00 | 0.00 | 392.84 |
| | 10/13/2017 | 11153 | 40.00 | 10.50 | 0.00 | 669.00 | 41.48 | 9.70 | 84.75 | 24.48 | 0.00 | 0.00 | 508.59 |
| | 10/20/2017 | 11156 | 40.00 | 6.00 | 0.00 | 588.00 | 36.46 | 8.53 | 72.60 | 19.70 | 0.00 | 0.00 | 450.71 |
| | 10/27/2017 | 11159 | 40.00 | 10.50 | 0.00 | 669.00 | 41.48 | 9.70 | 84.75 | 24.48 | 0.00 | 0.00 | 508.59 |
| | 11/03/2017 | 11163 | 40.00 | 5.00 | 0.00 | 570.00 | 35.34 | 8.26 | 69.90 | 18.64 | 0.00 | 0.00 | 437.86 |
| | 11/10/2017 | 11166 | 40.00 | 4.50 | 0.00 | 561.00 | 34.78 | 8.13 | 68.55 | 18.11 | 0.00 | 0.00 | 431.43 |
| | 11/17/2017 | 11169 | 40.00 | 2.00 | 0.00 | 516.00 | 31.99 | 7.48 | 61.80 | 15.46 | 0.00 | 0.00 | 399.27 |
| | 11/22/2017 | 11172 | 40.00 | 4.25 | 0.00 | 556.50 | 34.50 | 8.07 | 67.87 | 17.85 | 0.00 | 0.00 | 428.21 |
| | 12/01/2017 | 11175 | 40.00 | 8.75 | 0.00 | 637.50 | 39.52 | 9.24 | 80.02 | 22.62 | 0.00 | 0.00 | 486.10 |
| | 12/08/2017 | 11178 | 40.00 | 5.00 | 0.00 | 570.00 | 35.34 | 8.26 | 69.90 | 18.64 | 0.00 | 0.00 | 437.86 |
| | 12/15/2017 | 11181 | 40.00 | 6.50 | 0.00 | 597.00 | 37.01 | 8.66 | 73.95 | 20.24 | 0.00 | 0.00 | 457.14 |
| | 12/22/2017 | 11184 | 40.00 | 1.00 | 0.00 | 498.00 | 30.88 | 7.22 | 59.10 | 14.39 | 0.00 | 0.00 | 386.41 |
| | 12/29/2017 | 11187 | 40.00 | 2.50 | 0.00 | 525.00 | 32.55 | 7.61 | 63.15 | 15.99 | 0.00 | 0.00 | 405.70 |
| Totals for: BRADBURY, LINSAY - LBRAD | | | 763.00 | 116.25 | 0.00 | 11,248.50 | 697.39 | 163.08 | 1,383.43 | 375.52 | 0.00 | 0.00 | 8,629.08 |
| Totals: | | | 763.00 | 116.25 | 0.00 | 11,248.50 | 697.39 | 163.08 | 1,383.43 | 375.52 | 0.00 | 0.00 | 8,629.08 |

Def0001
Employee Payroll Report

**BRIGGS RENTALS LLC**
727 HWY 365
Mayflower, AR 72106
Employee Payroll Listing - By Name
January 1, 2018 to December 31, 2018

| Name | PayPeriod Date | Check # | Reg Hrs | OT Hrs | Tips | Gross Earning | Soc Sec | Med | Fed | St | Ded | Ben | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BRADBURY, LINSAY | | | | | | | | | | | | | |
| | 01/04/2018 | 11190 | 40.00 | 7.00 | 0.00 | 606.00 | 37.57 | 8.79 | 75.30 | 20.77 | 0.00 | 0.00 | 463.57 |
| | 01/11/2018 | 11193 | 40.00 | 7.50 | 0.00 | 615.00 | 38.13 | 8.92 | 76.65 | 21.30 | 0.00 | 0.00 | 470.00 |
| | 01/18/2018 | 11195 | 40.00 | 12.75 | 0.00 | 709.50 | 43.99 | 10.29 | 90.82 | 26.87 | 0.00 | 0.00 | 537.53 |
| | 01/26/2018 | 11197 | 40.00 | 4.75 | 0.00 | 565.50 | 35.06 | 8.20 | 69.22 | 18.38 | 0.00 | 0.00 | 434.64 |
| | 02/02/2018 | 11200 | 40.00 | 13.50 | 0.00 | 723.00 | 44.83 | 10.48 | 92.85 | 18.61 | 0.00 | 0.00 | 556.23 |
| | 02/09/2018 | 11203 | 45.75 | 0.00 | 0.00 | 549.00 | 34.04 | 7.96 | 66.75 | 17.40 | 0.00 | 0.00 | 422.85 |
| | 02/16/2018 | 11206 | 40.00 | 6.00 | 0.00 | 588.00 | 36.46 | 8.53 | 72.60 | 19.70 | 0.00 | 0.00 | 450.71 |
| | 02/23/2018 | 11207 | 40.00 | 3.50 | 0.00 | 543.00 | 33.67 | 7.87 | 65.85 | 17.05 | 0.00 | 0.00 | 418.56 |
| | 03/02/2018 | 11211 | 40.00 | 5.00 | 0.00 | 570.00 | 35.34 | 8.26 | 69.90 | 18.64 | 0.00 | 0.00 | 437.86 |
| | 03/08/2018 | 11212 | 40.00 | 8.75 | 0.00 | 637.50 | 39.52 | 9.24 | 80.02 | 22.62 | 0.00 | 0.00 | 486.10 |
| | 03/15/2018 | 11215 | 40.00 | 5.25 | 0.00 | 574.50 | 35.62 | 8.33 | 70.57 | 18.91 | 0.00 | 0.00 | 441.07 |
| | 03/23/2018 | 11217 | 44.00 | 4.00 | 0.00 | 600.00 | 37.20 | 8.70 | 74.40 | 20.41 | 0.00 | 0.00 | 459.29 |
| | 03/30/2018 | 11219 | 40.00 | 7.00 | 0.00 | 606.00 | 37.57 | 8.79 | 75.30 | 20.77 | 0.00 | 0.00 | 463.57 |
| | 04/06/2018 | 11222 | 40.00 | 5.00 | 0.00 | 570.00 | 35.34 | 8.26 | 56.20 | 18.64 | 0.00 | 0.00 | 451.56 |
| | 04/12/2018 | 11224 | 40.00 | 6.50 | 0.00 | 597.00 | 37.01 | 8.66 | 59.44 | 20.24 | 0.00 | 0.00 | 471.65 |
| | 04/20/2018 | 11228 | 40.00 | 6.50 | 0.00 | 597.00 | 37.01 | 8.66 | 59.44 | 20.24 | 0.00 | 0.00 | 471.65 |
| | 04/30/2018 | 11230 | 40.00 | 6.50 | 0.00 | 597.00 | 37.01 | 8.66 | 59.44 | 20.24 | 0.00 | 0.00 | 471.65 |
| | 05/04/2018 | 11233 | 40.00 | 4.50 | 0.00 | 561.00 | 34.78 | 8.13 | 55.12 | 18.11 | 0.00 | 0.00 | 444.86 |
| | 05/11/2018 | 11235 | 40.00 | 5.50 | 0.00 | 579.00 | 35.90 | 8.40 | 57.28 | 19.17 | 0.00 | 0.00 | 458.25 |
| | 05/21/2018 | 11237 | 40.00 | 6.50 | 0.00 | 597.00 | 37.01 | 8.66 | 59.44 | 20.24 | 0.00 | 0.00 | 471.65 |
| | 05/25/2018 | 11239 | 40.00 | 7.00 | 0.00 | 606.00 | 37.57 | 8.79 | 60.52 | 20.77 | 0.00 | 0.00 | 478.35 |
| | 06/01/2018 | 11242 | 40.00 | 4.00 | 0.00 | 552.00 | 34.22 | 8.00 | 54.04 | 17.58 | 0.00 | 0.00 | 438.16 |
| | 06/08/2018 | 11244 | 40.00 | 14.50 | 0.00 | 741.00 | 45.94 | 10.74 | 76.72 | 19.85 | 0.00 | 0.00 | 587.75 |
| | 06/15/2018 | 11247 | 40.00 | 6.75 | 0.00 | 601.50 | 37.29 | 8.72 | 59.98 | 20.50 | 0.00 | 0.00 | 475.01 |
| | 06/21/2018 | 11249 | 40.00 | 5.00 | 0.00 | 570.00 | 35.34 | 8.26 | 56.20 | 18.64 | 0.00 | 0.00 | 451.56 |
| | 06/29/2018 | 11252 | 40.00 | 10.50 | 0.00 | 669.00 | 41.48 | 9.70 | 68.08 | 24.48 | 0.00 | 0.00 | 525.26 |
| | 07/06/2018 | 11255 | 40.00 | 1.00 | 0.00 | 498.00 | 30.88 | 7.22 | 47.56 | 14.39 | 0.00 | 0.00 | 397.95 |
| | 07/13/2018 | 11257 | 40.00 | 4.50 | 0.00 | 561.00 | 34.78 | 8.13 | 55.12 | 18.11 | 0.00 | 0.00 | 444.86 |
| | 07/20/2018 | 11259 | 40.00 | 0.00 | 0.00 | 480.00 | 29.76 | 6.96 | 45.40 | 13.33 | 0.00 | 0.00 | 384.55 |

Def0002

Employee Payroll Report                                     Page 1 of 3

**BRIGGS RENTALS LLC**
**727 HWY 365**
**Mayflower, AR 72106**
**Employee Payroll Listing - By Name**
**January 1, 2018 to December 31, 2018**

| Name | PayPeriod Date | Check # | Reg Hrs | OT Hrs | Tips | Gross Earning | Soc Sec | Med | Fed | St | Ded | Ben | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 07/27/2018 | 11261 | 40.00 | 2.50 | 0.00 | 525.00 | 32.55 | 7.61 | 50.80 | 15.99 | 0.00 | 0.00 | 418.05 |
| | 08/03/2018 | 11264 | 40.00 | 9.50 | 0.00 | 651.00 | 40.36 | 9.44 | 65.92 | 23.42 | 0.00 | 0.00 | 511.86 |
| | 08/10/2018 | 11267 | 40.00 | 6.00 | 0.00 | 588.00 | 36.46 | 8.53 | 58.36 | 19.70 | 0.00 | 0.00 | 464.95 |
| | 08/17/2018 | 11269 | 40.00 | 7.00 | 0.00 | 606.00 | 37.57 | 8.79 | 60.52 | 20.77 | 0.00 | 0.00 | 478.35 |
| | 08/24/2018 | 11271 | 39.00 | 0.00 | 0.00 | 468.00 | 29.02 | 6.79 | 43.96 | 12.62 | 0.00 | 0.00 | 375.61 |
| | 08/31/2018 | 11273 | 40.00 | 6.50 | 0.00 | 597.00 | 37.01 | 8.66 | 59.44 | 20.24 | 0.00 | 0.00 | 471.65 |
| | 09/07/2018 | 11277 | 40.00 | 6.50 | 0.00 | 597.00 | 37.01 | 8.66 | 59.44 | 20.24 | 0.00 | 0.00 | 471.65 |
| | 09/14/2018 | 11280 | 39.00 | 0.00 | 0.00 | 468.00 | 29.02 | 6.79 | 43.96 | 12.62 | 0.00 | 0.00 | 375.61 |
| | 09/20/2018 | 11282 | 40.00 | 10.50 | 0.00 | 669.00 | 41.48 | 9.70 | 68.08 | 24.48 | 0.00 | 0.00 | 525.26 |
| | 09/28/2018 | 11285 | 40.00 | 5.50 | 0.00 | 579.00 | 35.90 | 8.40 | 57.28 | 19.17 | 0.00 | 0.00 | 458.25 |
| | 10/05/2018 | 11288 | 40.00 | 6.75 | 0.00 | 601.50 | 37.29 | 8.72 | 59.98 | 20.50 | 0.00 | 0.00 | 475.01 |
| | 10/12/2018 | 11292 | 40.00 | 5.00 | 0.00 | 570.00 | 35.34 | 8.26 | 56.20 | 18.64 | 0.00 | 0.00 | 451.56 |
| | 10/19/2018 | 11294 | 39.00 | 0.00 | 0.00 | 468.00 | 29.02 | 6.79 | 43.96 | 12.62 | 0.00 | 0.00 | 375.61 |
| | 10/26/2018 | 11298 | 40.00 | 7.00 | 0.00 | 606.00 | 37.57 | 8.79 | 60.52 | 20.77 | 0.00 | 0.00 | 478.35 |
| | 11/02/2018 | 11301 | 40.00 | 6.25 | 0.00 | 592.50 | 36.73 | 8.59 | 58.90 | 19.97 | 0.00 | 0.00 | 468.31 |
| | 11/09/2018 | 11304 | 40.00 | 7.75 | 0.00 | 619.50 | 38.41 | 8.98 | 62.14 | 21.56 | 0.00 | 0.00 | 488.41 |
| | 11/16/2018 | 11307 | 40.00 | 4.50 | 0.00 | 561.00 | 34.78 | 8.13 | 55.12 | 18.11 | 0.00 | 0.00 | 444.86 |
| | 11/21/2018 | 11309 | 40.00 | 0.00 | 0.00 | 480.00 | 29.76 | 6.96 | 45.40 | 13.33 | 0.00 | 0.00 | 384.55 |
| | 11/30/2018 | 11312 | 40.00 | 6.00 | 0.00 | 588.00 | 36.46 | 8.53 | 58.36 | 19.70 | 0.00 | 0.00 | 464.95 |
| | 12/07/2018 | 11315 | 40.00 | 10.00 | 0.00 | 660.00 | 40.92 | 9.57 | 67.00 | 23.95 | 0.00 | 0.00 | 518.56 |
| | 12/14/2018 | 11318 | 40.00 | 6.75 | 0.00 | 601.50 | 37.29 | 8.72 | 59.98 | 20.50 | 0.00 | 0.00 | 475.01 |
| | 12/21/2018 | 11321 | 40.00 | 6.75 | 0.00 | 601.50 | 37.29 | 8.72 | 59.98 | 20.50 | 0.00 | 0.00 | 475.01 |
| | 12/28/2018 | 11324 | 40.00 | 3.25 | 0.00 | 538.50 | 33.39 | 7.81 | 52.42 | 16.78 | 0.00 | 0.00 | 428.10 |
| Totals for: BRADBURY, LINSAY - LBRAD | | | 2086.75 | 303.25 | | | | | | | | | |
| Totals: | | | 2086.75 | 303.25 | 0.00 | 30,499.50 | 1,890.95 | 442.25 | 3,217.93 | 1,002.14 | 0.00 | 0.00 | 23,946.23 |
| | | | | | 0.00 | 30,499.50 | 1,890.95 | 442.25 | 3,217.93 | 1,002.14 | 0.00 | 0.00 | 23,946.23 |

Def0003

Employee Payroll Report

**BRIGGS RENTALS LLC**
**727 HWY 365**
**Mayflower, AR 72106**
**Employee Payroll Report by Name**
**Tuesday, January 1, 2019 to Tuesday, December 31, 2019**

| Check Number | Pay Period Date | Reg Hrs | OT Hrs | Vac Hrs | Hol Hrs | Tips | Gross Earnings | Soc. Sec. | Medicare | Federal | State | Deduct | Benefit | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **BRADBURY, LINSAY - LBRAD** | | | | | | | | | | | | | | |
| 11328 | 01/07/2019 | 40.00 | 1.00 | 0.00 | 0.00 | 0.00 | 498.00 | 30.88 | 7.22 | 47.56 | 14.39 | 0.00 | 0.00 | 397.95 |
| 11331 | 01/11/2019 | 40.00 | 3.00 | 0.00 | 0.00 | 0.00 | 534.00 | 33.11 | 7.74 | 51.88 | 16.52 | 0.00 | 0.00 | 424.75 |
| 11334 | 01/18/2019 | 40.00 | 4.50 | 0.00 | 0.00 | 0.00 | 561.00 | 34.78 | 8.13 | 55.12 | 18.11 | 0.00 | 0.00 | 444.86 |
| 11337 | 01/25/2019 | 40.00 | 9.00 | 0.00 | 0.00 | 0.00 | 642.00 | 39.80 | 9.31 | 64.84 | 22.89 | 0.00 | 0.00 | 505.16 |
| 11340 | 02/01/2019 | 40.00 | 9.50 | 0.00 | 0.00 | 0.00 | 705.25 | 43.73 | 10.23 | 72.43 | 26.62 | 0.00 | 0.00 | 552.24 |
| 11342 | 02/08/2019 | 40.00 | 12.00 | 0.00 | 0.00 | 0.00 | 754.00 | 46.75 | 10.93 | 78.28 | 20.75 | 0.00 | 0.00 | 597.29 |
| 11344 | 02/14/2019 | 40.00 | 13.00 | 0.00 | 0.00 | 0.00 | 773.50 | 47.96 | 11.22 | 80.62 | 22.10 | 0.00 | 0.00 | 611.60 |
| 11346 | 02/22/2019 | 40.00 | 11.50 | 0.00 | 0.00 | 0.00 | 744.25 | 46.14 | 10.79 | 77.11 | 20.08 | 0.00 | 0.00 | 590.13 |
| 11349 | 03/01/2019 | 40.00 | 14.50 | 0.00 | 0.00 | 0.00 | 802.75 | 49.77 | 11.64 | 84.13 | 24.11 | 0.00 | 0.00 | 633.10 |
| 11351 | 03/08/2019 | 40.00 | 5.00 | 0.00 | 0.00 | 0.00 | 617.50 | 38.28 | 8.95 | 61.90 | 21.44 | 0.00 | 0.00 | 486.93 |
| 11353 | 03/15/2019 | 40.00 | 13.50 | 0.00 | 0.00 | 0.00 | 783.25 | 48.56 | 11.36 | 81.79 | 22.77 | 0.00 | 0.00 | 618.77 |
| 11355 | 03/22/2019 | 40.00 | 5.50 | 0.00 | 0.00 | 0.00 | 627.25 | 38.89 | 9.10 | 63.07 | 22.02 | 0.00 | 0.00 | 494.17 |
| 11357 | 03/29/2019 | 40.00 | 13.00 | 0.00 | 0.00 | 0.00 | 773.50 | 47.96 | 11.22 | 80.62 | 22.10 | 0.00 | 0.00 | 611.60 |
| 11360 | 04/05/2019 | 40.00 | 8.50 | 0.00 | 0.00 | 0.00 | 685.75 | 42.52 | 9.94 | 70.09 | 25.47 | 0.00 | 0.00 | 537.73 |
| 11362 | 04/15/2019 | 40.00 | 1.00 | 0.00 | 0.00 | 0.00 | 539.50 | 33.45 | 7.82 | 52.54 | 16.84 | 0.00 | 0.00 | 428.85 |
| 11364 | 04/19/2019 | 40.00 | 2.50 | 0.00 | 0.00 | 0.00 | 568.75 | 35.26 | 8.25 | 56.05 | 18.57 | 0.00 | 0.00 | 450.62 |
| 11366 | 04/26/2019 | 40.00 | 10.00 | 0.00 | 0.00 | 0.00 | 715.00 | 44.33 | 10.37 | 73.30 | 27.22 | 0.00 | 0.00 | 559.78 |
| 11436 | 09/30/2019 | 36.00 | 0.00 | 0.00 | 0.00 | 0.00 | 468.00 | 29.02 | 6.79 | 43.66 | 12.64 | 0.00 | 0.00 | 375.89 |
| 11440 | 10/04/2019 | 40.00 | 3.25 | 0.00 | 0.00 | 0.00 | 583.38 | 36.17 | 8.46 | 57.51 | 19.45 | 0.00 | 0.00 | 461.79 |
| 11449 | 10/11/2019 | 38.50 | 0.00 | 0.00 | 0.00 | 0.00 | 500.50 | 31.03 | 7.26 | 47.56 | 14.57 | 0.00 | 0.00 | 400.08 |
| 11455 | 10/18/2019 | 35.25 | 0.00 | 0.00 | 0.00 | 0.00 | 458.25 | 28.41 | 6.64 | 42.49 | 12.07 | 0.00 | 0.00 | 368.64 |
| 11456 | 10/25/2019 | 32.75 | 0.00 | 0.00 | 0.00 | 0.00 | 425.75 | 26.40 | 6.17 | 38.59 | 11.50 | 0.00 | 0.00 | 343.09 |
| 11461 | 11/01/2019 | 39.25 | 0.00 | 0.00 | 0.00 | 0.00 | 510.25 | 31.64 | 7.40 | 48.73 | 15.14 | 0.00 | 0.00 | 407.34 |
| 11463 | 11/08/2019 | 40.00 | 1.50 | 0.00 | 0.00 | 0.00 | 549.25 | 34.05 | 7.96 | 53.41 | 17.46 | 0.00 | 0.00 | 436.37 |
| 11465 | 11/15/2019 | 40.00 | 6.25 | 0.00 | 0.00 | 0.00 | 641.88 | 39.80 | 9.31 | 64.53 | 22.91 | 0.00 | 0.00 | 505.33 |
| 11467 | 11/22/2019 | 40.00 | 5.00 | 0.00 | 0.00 | 0.00 | 617.50 | 38.29 | 8.95 | 61.60 | 21.49 | 0.00 | 0.00 | 487.17 |
| 11471 | 11/27/2019 | 40.00 | 5.00 | 0.00 | 0.00 | 0.00 | 617.50 | 38.29 | 8.95 | 61.60 | 21.49 | 0.00 | 0.00 | 487.17 |

Employee Payroll Report by Name

Def0004

**BRIGGS RENTALS LLC**
727 HWY 365
Mayflower, AR 72106
Employee Payroll Report by Name
Tuesday, January 1, 2019 to Tuesday, December 31, 2019

| Check Number | Pay Period Date | Reg Hrs | OT Hrs | Vac Hrs | Hol Hrs | Tips | Gross Earnings | Soc. Sec. | Medicare | Federal | State | Deduct | Benefit | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **BRADBURY, LINSAY - LBRAD** | | | | | | | | | | | | | | |
| 11478 | 12/06/2019 | 39.75 | 0.00 | 0.00 | 0.00 | 0.00 | 516.75 | 32.04 | 7.49 | 49.51 | 15.53 | 0.00 | 0.00 | 412.18 |
| 11479 | 12/13/2019 | 40.00 | 8.75 | 0.00 | 0.00 | 0.00 | 690.63 | 42.82 | 10.01 | 70.38 | 25.80 | 0.00 | 0.00 | 541.62 |
| 11481 | 12/20/2019 | 40.00 | 1.50 | 0.00 | 0.00 | 0.00 | 549.25 | 34.05 | 7.96 | 53.41 | 17.46 | 0.00 | 0.00 | 436.37 |
| 11484 | 12/27/2019 | 40.00 | 9.50 | 0.00 | 0.00 | 0.00 | 705.25 | 43.73 | 10.23 | 72.13 | 26.65 | 0.00 | 0.00 | 552.51 |
| Totals for: BRADBURY, LINSAY - LBRAD | | | | | | | | | | | | | | |
| Check Count: | 31 | 1,221.50 | 177.75 | 0.00 | 0.00 | 0.00 | 19,159.39 | 1,187.91 | 277.80 | 1,916.44 | 616.16 | 0.00 | 0.00 | 15,161.08 |
| **Total All Employees** | | 1,221.50 | 177.75 | 0.00 | 0.00 | 0.00 | 19,159.39 | 1,187.91 | 277.80 | 1,916.44 | 616.16 | 0.00 | 0.00 | 15,161.08 |

Def0005



I signed


3978 Amount $52.06 Date 3/20/2018


Check 4002 Amount $406.00 Date 3/14/2018


4007 Amount $1,221.31 Date 3/13/2018


Check 5016 Amount $208.00 Date 3/2/2018


11188 Amount $413.87 Date 3/9/2018


Check 11208 Amount $3,189.99 Date 3/12/2018

11210 Amount $100.00 Date 3/5/2018


Check 11211 Amount $437.86 Date 3/7/2018


11212 Amount $486.10 Date 3/9/2018


Check 11213 Amount $100.00 Date 3/12/2018


11214 Amount $175.75 Date 3/26/2018

Check 11215 Amount $441.07 Date 3/21/2018

Def0007

Case 4:19-cv-00466-LPR   Document 54-1   Filed 05/14/24   Page 8 of 15



Def0008



**BRIGGS RENTALS LLC**
**727 HWY 365**
**Mayflower, AR 72106**
**General Ledger**
**Jan. 1, 2018 - Dec. 31, 2018**

| # | Date | Jnl | Ref | Description | Debit | Credit |
|---|---|---|---|---|---|---|
| 7059.0000 | | | | KEVIN DANIEL | 0.00 | |
| KEVIN DANIEL ending balance: | | | | | 0.00 | |
| 7060.0000 | | | | SUSAN DANIEL | 0.00 | |
| SUSAN DANIEL ending balance: | | | | | 0.00 | |
| 7061.0000 | | | | AMANDA STUCKLAND | 0.00 | |
| AMANDA STUCKLAND ending balance: | | | | | 0.00 | |
| 7062.0000 | | | | MISTI MACK | 0.00 | |
| MISTI MACK ending balance: | | | | | 0.00 | |
| 7063.0000 | | | | TIM JENKINS | 0.00 | |
| TIM JENKINS ending balance: | | | | | 0.00 | |
| 7064.0000 | | | | BRIAN TUBE | 0.00 | |
| BRIAN TUBE ending balance: | | | | | 0.00 | |
| 7065.0000 | | | | WILLIAM MONTGOMERY | 0.00 | |
| WILLIAM MONTGOMERY ending balance: | | | | | 0.00 | |
| 7066.0000 | | | | JAMES TOLER | 0.00 | |
| JAMES TOLER ending balance: | | | | | 0.00 | |
| 7067.0000 | | | | KAREN MCKEE | 0.00 | |
| KAREN MCKEE ending balance: | | | | | 0.00 | |
| 7068.0000 | | | | CHRIS HAYS | 0.00 | |
| 2401 | 02/28/2018 | GJ | 3881 | CHRIS HAYS | 179.50 | |
| 2531 | 03/30/2018 | GJ | 5016 | CHRIS HAYS | 208.00 | |
| 2658 | 04/30/2018 | GJ | 6008 | CHRIS HAYS | 324.00 | |
| 2956 | 06/29/2018 | GJ | 6068 | CHRIS HAYS PAYROLL | 162.00 | |
| CHRIS HAYS ending balance: | | | | | 873.50 | |
| 7069.0000 | | | | BILLY WILLIS | 0.00 | |
| 2275 | 01/31/2018 | GJ | 3864 | CONTRACT LABOR | 100.00 | |
| 2816 | 05/31/2018 | GJ | 6054 | BILLY WILLIS | 100.00 | |
| BILLY WILLIS ending balance: | | | | | 200.00 | |
| 7070.0000 | | | | CATHERINE KITE | 0.00 | |
| 2260 | 01/31/2018 | GJ | 3850 | CATHERINE KITE | 60.00 | |
| 3769 | 11/30/2018 | GJ | | CONTRACT LABOR | 30.00 | |

Def0010

# Form W-4 (2019)

**Future developments.** For the latest information about any future developments related to Form W-4, such as legislation enacted after it was published, go to *www.irs.gov/FormW4*.

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Consider completing a new Form W-4 each year and when your personal or financial situation changes.

**Exemption from withholding.** You may claim exemption from withholding for 2019 if **both** of the following apply.

- For 2018 you had a right to a refund of **all** federal income tax withheld because you had **no** tax liability, **and**
- For 2019 you expect a refund of **all** federal income tax withheld because you expect to have **no** tax liability.

If you're exempt, complete **only** lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2019 expires February 17, 2020. See Pub. 505, Tax Withholding and Estimated Tax, to learn more about whether you qualify for exemption from withholding.

## General Instructions

If you aren't exempt, follow the rest of these instructions to determine the number of withholding allowances you should claim for withholding for 2019 and any additional amount of tax to have withheld. For regular wages, withholding must be based on allowances you claimed and may not be a flat amount or percentage of wages.

You can also use the calculator at *www.irs.gov/W4App* to determine your tax withholding more accurately. Consider using this calculator if you have a more complicated tax situation, such as if you have a working spouse, more than one job, or a large amount of nonwage income not subject to withholding outside of your job. After your Form W-4 takes effect, you can also use this calculator to see how the amount of tax you're having withheld compares to your projected total tax for 2019. If you use the calculator, you don't need to complete any of the worksheets for Form W-4.

Note that if you have too much tax withheld, you will receive a refund when you file your tax return. If you have too little tax withheld, you will owe tax when you file your tax return, and you might owe a penalty.

**Filers with multiple jobs or working spouses.** If you have more than one job at a time, or if you're married filing jointly and your spouse is also working, read all of the instructions including the instructions for the Two-Earners/Multiple Jobs Worksheet before beginning.

**Nonwage income.** If you have a large amount of nonwage income not subject to withholding, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you might owe additional tax. Or, you can use the Deductions, Adjustments, and Additional Income Worksheet on page 3 or the calculator at *www.irs.gov/W4App* to make sure you have enough tax withheld from your paycheck. If you have pension or annuity income, see Pub. 505 or use the calculator at *www.irs.gov/W4App* to find out if you should adjust your withholding on Form W-4 or W-4P.

**Nonresident alien.** If you're a nonresident alien, see Notice 1392, Supplemental Form W-4 Instructions for Nonresident Aliens, before completing this form.

## Specific Instructions
### Personal Allowances Worksheet

Complete this worksheet on page 3 first to determine the number of withholding allowances to claim.

**Line C. *Head of household please note:*** Generally, you may claim head of household filing status on your tax return only if you're unmarried and pay more than 50% of the costs of keeping up a home for yourself and a qualifying individual. See Pub. 501 for more information about filing status.

**Line E. Child tax credit.** When you file your tax return, you may be eligible to claim a child tax credit for each of your eligible children. To qualify, the child must be under age 17 as of December 31, must be your dependent who lives with you for more than half the year, and must have a valid social security number. To learn more about this credit, see Pub. 972, Child Tax Credit. To reduce the tax withheld from your pay by taking this credit into account, follow the instructions on line E of the worksheet. On the worksheet you will be asked about your total income. For this purpose, total income includes all of your wages and other income, including income earned by a spouse if you are filing a joint return.

**Line F. Credit for other dependents.** When you file your tax return, you may be eligible to claim a credit for other dependents for whom a child tax credit can't be claimed, such as a qualifying child who doesn't meet the age or social security number requirement for the child tax credit, or a qualifying relative. To learn more about this credit, see Pub. 972. To reduce the tax withheld from your pay by taking this credit into account, follow the instructions on line F of the worksheet. On the worksheet, you will be asked about your total income. For this purpose, total

---

-------------- Separate here and give Form W-4 to your employer. Keep the worksheet(s) for your records. --------------

| Form **W-4** <br> Department of the Treasury <br> Internal Revenue Service | **Employee's Withholding Allowance Certificate** <br> ▶ Whether you're entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS. | OMB No. 1545-0074 <br> **2019** |

| 1 Your first name and middle initial | Last name | 2 Your social security number |
|---|---|---|
| CHRISTOPHER K | HAYS | 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 |

| Home address (number and street or rural route) | 3 ☒ Single  ☐ Married  ☐ Married, but withhold at higher Single rate. |
|---|---|
| 34 AZALEA LOOP | Note: If married filing separately, check "Married, but withhold at higher Single rate." |
| City or town, state, and ZIP code <br> CONWAY, AR 72032 | 4 If your last name differs from that shown on your social security card, check here. You must call 800-772-1213 for a replacement card. ▶ ☐ |

| 5 | Total number of allowances you're claiming (from the applicable worksheet on the following pages) . . . . . | 5 | |
| 6 | Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . . . . . . . . . . . . | 6 | $ |
| 7 | I claim exemption from withholding for 2019, and I certify that I meet **both** of the following conditions for exemption. | | |
| | • Last year I had a right to a refund of **all** federal income tax withheld because I had **no** tax liability, **and** | | |
| | • This year I expect a refund of **all** federal income tax withheld because I expect to have **no** tax liability. | | |
| | If you meet both conditions, write "Exempt" here . . . . . . . . . . . . . . . . . ▶ | 7 | |

Under penalties of perjury, I declare that I have examined this certificate and, to the best of my knowledge and belief, it is true, correct, and complete.

**Employee's signature** <br> (This form is not valid unless you sign it.) ▶          Date ▶

| 8 Employer's name and address (Employer: Complete boxes 8 and 10 if sending to IRS and complete boxes 8, 9, and 10 if sending to State Directory of New Hires.) | 9 First date of employment | 10 Employer identification number (EIN) |

For Privacy Act and Paperwork Reduction Act Notice, see page 4.      Cat. No. 10220Q      Form **W-4** (2019)

Def0011

income includes all of your wages and other income, including income earned by a spouse if you are filing a joint return.

**Line G. Other credits.** You may be able to reduce the tax withheld from your paycheck if you expect to claim other tax credits, such as tax credits for education (see Pub. 970). If you do so, your paycheck will be larger, but the amount of any refund that you receive when you file your tax return will be smaller. Follow the instructions for Worksheet 1-6 in Pub. 505 if you want to reduce your withholding to take these credits into account. Enter "-0-" on lines E and F if you use Worksheet 1-6.

### Deductions, Adjustments, and Additional Income Worksheet

Complete this worksheet to determine if you're able to reduce the tax withheld from your paycheck to account for your itemized deductions and other adjustments to income, such as IRA contributions. If you do so, your refund at the end of the year will be smaller, but your paycheck will be larger. You're not required to complete this worksheet or reduce your withholding if you don't wish to do so.

You can also use this worksheet to figure out how much to increase the tax withheld from your paycheck if you have a large amount of nonwage income not subject to withholding, such as interest or dividends.

Another option is to take these items into account and make your withholding more accurate by using the calculator at *www.irs.gov/W4App*. If you use the calculator, you don't need to complete any of the worksheets for Form W-4.

### Two-Earners/Multiple Jobs Worksheet

Complete this worksheet if you have more than one job at a time or are married filing jointly and have a working spouse. If you don't complete this worksheet, you might have too little tax withheld. If so, you will owe tax when you file your tax return and might be subject to a penalty.

Figure the total number of allowances you're entitled to claim and any additional amount of tax to withhold on all jobs using worksheets from only one Form W-4. Claim all allowances on the W-4 that you or your spouse file for the highest paying job in your family and claim zero allowances on Forms W-4 filed for all other jobs. For example, if you earn $60,000 per year and your spouse earns $20,000, you should complete the worksheets to determine what to enter on lines 5 and 6 of your Form W-4, and your spouse should enter zero ("-0-") on lines 5 and 6 of his or her Form W-4. See Pub. 505 for details.

Another option is to use the calculator at *www.irs.gov/W4App* to make your withholding more accurate.

**Tip:** If you have a working spouse and your incomes are similar, you can check the "Married, but withhold at higher Single rate" box instead of using this worksheet. If you choose this option, then each spouse should fill out the Personal Allowances Worksheet and check the "Married, but withhold at higher Single rate" box on Form W-4, but only one spouse should claim any allowances for credits or fill out the Deductions, Adjustments, and Additional Income Worksheet.

## Instructions for Employer

**Employees, do not complete box 8, 9, or 10. Your employer will complete these boxes if necessary.**

**New hire reporting.** Employers are required by law to report new employees to a designated State Directory of New Hires. Employers may use Form W-4, boxes 8, 9, and 10 to comply with the new hire reporting requirement for a newly hired employee. A newly hired employee is an employee who hasn't previously been employed by the employer, or who was previously employed by the employer but has been separated from such prior employment for at least 60 consecutive days. Employers should contact the appropriate State Directory of New Hires to find out how to submit a copy of the completed Form W-4. For information and links to each designated State Directory of New Hires (including for U.S. territories), go to *www.acf.hhs.gov/css/employers*.

If an employer is sending a copy of Form W-4 to a designated State Directory of New Hires to comply with the new hire reporting requirement for a newly hired employee, complete boxes 8, 9, and 10 as follows.

**Box 8.** Enter the employer's name and address. If the employer is sending a copy of this form to a State Directory of New Hires, enter the address where child support agencies should send income withholding orders.

**Box 9.** If the employer is sending a copy of this form to a State Directory of New Hires, enter the employee's first date of employment, which is the date services for payment were first performed by the employee. If the employer rehired the employee after the employee had been separated from the employer's service for at least 60 days, enter the rehire date.

**Box 10.** Enter the employer's employer identification number (EIN).

Form W-4 (2019) Page **3**

### Personal Allowances Worksheet (Keep for your records.)

| | | |
|---|---|---|
| **A** | Enter "1" for yourself . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **A** _1_ |
| **B** | Enter "1" if you will file as married filing jointly . . . . . . . . . . . . . . . . . . . . . . . | **B** ___ |
| **C** | Enter "1" if you will file as head of household . . . . . . . . . . . . . . . . . . . . . . | **C** ___ |
| **D** | Enter "1" if: { • You're single, or married filing separately, and have only one job; or<br>• You're married filing jointly, have only one job, and your spouse doesn't work; or<br>• Your wages from a second job or your spouse's wages (or the total of both) are $1,500 or less. } | **D** _1_ |
| **E** | **Child tax credit.** See Pub. 972, Child Tax Credit, for more information.<br>• If your total income will be less than $71,201 ($103,351 if married filing jointly), enter "4" for each eligible child.<br>• If your total income will be from $71,201 to $179,050 ($103,351 to $345,850 if married filing jointly), enter "2" for each eligible child.<br>• If your total income will be from $179,051 to $200,000 ($345,851 to $400,000 if married filing jointly), enter "1" for each eligible child.<br>• If your total income will be higher than $200,000 ($400,000 if married filing jointly), enter "-0-" . . . . . . . . | **E** ___ |
| **F** | **Credit for other dependents.** See Pub. 972, Child Tax Credit, for more information.<br>• If your total income will be less than $71,201 ($103,351 if married filing jointly), enter "1" for each eligible dependent.<br>• If your total income will be from $71,201 to $179,050 ($103,351 to $345,850 if married filing jointly), enter "1" for every two dependents (for example, "-0-" for one dependent, "1" if you have two or three dependents, and "2" if you have four dependents).<br>• If your total income will be higher than $179,050 ($345,850 if married filing jointly), enter "-0-" . . . . . . . . | **F** ___ |
| **G** | **Other credits.** If you have other credits, see Worksheet 1-6 of Pub. 505 and enter the amount from that worksheet here. If you use Worksheet 1-6, enter "-0-" on lines E and F . . . . . . . . . . . . . . . . . . . . . . | **G** ___ |
| **H** | Add lines A through G and enter the total here . . . . . . . . . . . . . . . . . . . . . . . ▶ | **H** ___ |

| | |
|---|---|
| For accuracy,<br>complete all<br>worksheets<br>that apply. | { • If you plan to **itemize** or **claim adjustments to income** and want to reduce your withholding, or if you have a large amount of nonwage income not subject to withholding and want to increase your withholding, see the **Deductions, Adjustments, and Additional Income Worksheet** below.<br>• If you **have more than one job at a time** or are married filing jointly and you and your spouse both work, and the combined earnings from all jobs exceed $53,000 ($24,450 if married filing jointly), see the **Two-Earners/Multiple Jobs Worksheet** on page 4 to avoid having too little tax withheld.<br>• If **neither** of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 above. } |

### Deductions, Adjustments, and Additional Income Worksheet

**Note:** Use this worksheet *only* if you plan to itemize deductions, claim certain adjustments to income, or have a large amount of nonwage income not subject to withholding.

| | | | |
|---|---|---|---|
| **1** | Enter an estimate of your 2019 itemized deductions. These include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 10% of your income. See Pub. 505 for details . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | $ _____ |
| **2** | Enter: { $24,400 if you're married filing jointly or qualifying widow(er)<br>$18,350 if you're head of household<br>$12,200 if you're single or married filing separately } . . . . . . . . | **2** | $ _____ |
| **3** | Subtract line 2 from line 1. If zero or less, enter "-0-" . . . . . . . . . . . . . . . . . . | **3** | $ _____ |
| **4** | Enter an estimate of your 2019 adjustments to income, qualified business income deduction, and any additional standard deduction for age or blindness (see Pub. 505 for information about these items) . . | **4** | $ _____ |
| **5** | **Add** lines 3 and 4 and enter the total . . . . . . . . . . . . . . . . . . . . . . . . | **5** | $ _____ |
| **6** | Enter an estimate of your 2019 nonwage income not subject to withholding (such as dividends or interest) . | **6** | $ _____ |
| **7** | **Subtract** line 6 from line 5. If zero, enter "-0-". If less than zero, enter the amount in parentheses . . . | **7** | $ _____ |
| **8** | **Divide** the amount on line 7 by $4,200 and enter the result here. If a negative amount, enter in parentheses. Drop any fraction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | _____ |
| **9** | Enter the number from the **Personal Allowances Worksheet,** line H, above . . . . . . . . . . . | **9** | _____ |
| **10** | Add lines 8 and 9 and enter the total here. If zero or less, enter "-0-". If you plan to use the **Two-Earners/ Multiple Jobs Worksheet,** also enter this total on line 1 of that worksheet on page 4. Otherwise, **stop here** and enter this total on Form W-4, line 5, page 1 . . . . . . . . . . . . . . . . . . . . | **10** | _____ |

Def0013

Form W-4 (2019)              Page **4**

### Two-Earners/Multiple Jobs Worksheet

**Note:** Use this worksheet *only* if the instructions under line H from the **Personal Allowances Worksheet** direct you here.

1. Enter the number from the **Personal Allowances Worksheet**, line H, page 3 (or, if you used the **Deductions, Adjustments, and Additional Income Worksheet** on page 3, the number from line 10 of that worksheet) .................................................. **1** _____

2. Find the number in **Table 1** below that applies to the **LOWEST** paying job and enter it here. However, if you're married filing jointly and wages from the highest paying job are $75,000 or less and the combined wages for you and your spouse are $107,000 or less, don't enter more than "3" ............................... **2** _____

3. If line 1 is **more than or equal to** line 2, subtract line 2 from line 1. Enter the result here (if zero, enter "-0-") and on Form W-4, line 5, page 1. **Do not** use the rest of this worksheet ......................... **3** _____

**Note:** If line 1 is **less than** line 2, enter "-0-" on Form W-4, line 5, page 1. Complete lines 4 through 9 below to figure the additional withholding amount necessary to avoid a year-end tax bill.

4. Enter the number from line 2 of this worksheet ................ **4** _____
5. Enter the number from line 1 of this worksheet ................ **5** _____
6. **Subtract** line 5 from line 4 ............................................. **6** _____
7. Find the amount in **Table 2** below that applies to the **HIGHEST** paying job and enter it here ..... **7** $ _____
8. **Multiply** line 7 by line 6 and enter the result here. This is the additional annual withholding needed ... **8** $ _____
9. **Divide** line 8 by the number of pay periods remaining in 2019. For example, divide by 18 if you're paid every 2 weeks and you complete this form on a date in late April when there are 18 pay periods remaining in 2019. Enter the result here and on Form W-4, line 6, page 1. This is the additional amount to be withheld from each paycheck ..................................................... **9** $ _____

#### Table 1

| Married Filing Jointly | | All Others | |
|---|---|---|---|
| If wages from LOWEST paying job are— | Enter on line 2 above | If wages from LOWEST paying job are— | Enter on line 2 above |
| $0 - $5,000 | 0 | $0 - $7,000 | 0 |
| 5,001 - 9,500 | 1 | 7,001 - 13,000 | 1 |
| 9,501 - 19,500 | 2 | 13,001 - 27,500 | 2 |
| 19,501 - 35,000 | 3 | 27,501 - 32,000 | 3 |
| 35,001 - 40,000 | 4 | 32,001 - 40,000 | 4 |
| 40,001 - 46,000 | 5 | 40,001 - 60,000 | 5 |
| 46,001 - 55,000 | 6 | 60,001 - 75,000 | 6 |
| 55,001 - 60,000 | 7 | 75,001 - 85,000 | 7 |
| 60,001 - 70,000 | 8 | 85,001 - 95,000 | 8 |
| 70,001 - 75,000 | 9 | 95,001 - 100,000 | 9 |
| 75,001 - 85,000 | 10 | 100,001 - 110,000 | 10 |
| 85,001 - 95,000 | 11 | 110,001 - 115,000 | 11 |
| 95,001 - 125,000 | 12 | 115,001 - 125,000 | 12 |
| 125,001 - 155,000 | 13 | 125,001 - 135,000 | 13 |
| 155,001 - 165,000 | 14 | 135,001 - 145,000 | 14 |
| 165,001 - 175,000 | 15 | 145,001 - 160,000 | 15 |
| 175,001 - 180,000 | 16 | 160,001 - 180,000 | 16 |
| 180,001 - 195,000 | 17 | 180,001 and over | 17 |
| 195,001 - 205,000 | 18 | | |
| 205,001 and over | 19 | | |

#### Table 2

| Married Filing Jointly | | All Others | |
|---|---|---|---|
| If wages from HIGHEST paying job are— | Enter on line 7 above | If wages from HIGHEST paying job are— | Enter on line 7 above |
| $0 - $24,900 | $420 | $0 - $7,200 | $420 |
| 24,901 - 84,450 | 500 | 7,201 - 36,975 | 500 |
| 84,451 - 173,900 | 910 | 36,976 - 81,700 | 910 |
| 173,901 - 326,950 | 1,000 | 81,701 - 158,225 | 1,000 |
| 326,951 - 413,700 | 1,330 | 158,226 - 201,600 | 1,330 |
| 413,701 - 617,850 | 1,450 | 201,601 - 507,800 | 1,450 |
| 617,851 and over | 1,540 | 507,801 and over | 1,540 |

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States. Internal Revenue Code sections 3402(f)(2) and 6109 and their regulations require you to provide this information; your employer uses it to determine your federal income tax withholding. Failure to provide a properly completed form will result in your being treated as a single person who claims no withholding allowances; providing fraudulent information may subject you to penalties. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation; to cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws; and to the Department of Health and Human Services for use in the National Directory of New Hires. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You aren't required to provide the information requested on a form that's subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

Def0014

 

Def0015