


Exhibit 1

**Test Results**

Date Results Transmitted: 2019-04-17 5:30 AM
Transmitted By: BD
Participant/Donor: LINDSAY BRADBURY
SSN/EID: *****4954
CCF/Specimen ID: 2054539602
Specimen Type: URINE
Company: SHERWOOD UC CONWAY AR
Location: SHERWOOD UC CONWAY AR
Lab Account Number: G5N.ONSC.DEFNON

Reason for Test: RANDOM
Date Specimen Collected: 2019-04-11
Laboratory: Clinical Reference Lab
Collection Site: Sherwood Urgent Care - Conway
Collection Site Phone: 5015058400
Program: NONDOT

Date MRO Received CCF Copy 2: 2019-04-15
Date Test Verified by MRO: 2019-04-17

### Test Results

Panel - CRLSTAT (URINE) - AMPHETAMINES/METHAMPHETAMINES CONFIRMATION W286

| Drug | Results | Screen | Confirm | Levels |
|---|---|---|---|---|
| Amphetamines | POSITIVE | | | |
| - Amphetamine | POSITIVE | | 500 | 17859 |
| - Methamphetamine | POSITIVE | | 500 | >20000 |

Panel - CRLSTAT (URINE) - METHADONE CONFIRMATION W302

| Drug | Results | Screen | Confirm | Levels |
|---|---|---|---|---|
| Methadone | NEGATIVE | | | |

MY DETERMINATION/VERIFICATION IS: **NON-CONTACT POSITIVE**

**Conditions/Comments**
Donor does not respond to our telephone attempts or has provided a number that is not accepting calls.

**Certified Medical Review Officer**

Steven Paschall M.D.

The information contained in this message is CONFIDENTIAL and is for the intended addressee only. Any unauthorized use, dissemination of the information, or copying of this message is prohibited. If you believe you have received the message in error, please contact our Client Services Department at null and delete the message without copying or disclosing it.

7160 Graham Road, Indianapolis, IN 46250 | Phone: 317-547-8620 | Fax: 317-983-7212



Page 1 of 1

Case Number 2019041512818

# CUSTODY AND CONTROL FORM

**CRLstat**

SPECIMEN ID NO. 2654539602

**CRL CLINICAL REFERENCE LABORATORY** — GLOBAL SERVICES

## STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

A. Employer Name, Address, I.D. No.

B. MRO Name, Address, Phone and Fax No.

C. Donor SSN: 3 K _ - _ _ _ - _ _ _ _   Name (First, MI, Last): L I N D S E Y   B R A D B U R Y

D. Reason for Test: ☐ Pre-employment  ☒ Random  ☐ Reasonable Suspicion/Cause  ☐ Post Accident  ☐ Return to Duty  ☐ Follow-up  ☐ Other (specify) _____

E. Collection Site Name, Address: _____

Collector Phone No. _____
Collector Fax No. _____

## STEP 2: COMPLETED BY COLLECTOR

Read specimen temperature within 4 minutes. Is temperature between 90° and 100° F? ☒ Yes  ☐ No, enter remarks

Specimen Collection: ☒ Cup  ☐ Split  ☐ Oral Fluid  ☐ Other (Enter Remarks Below)  ☐ Observed (Enter Remarks Below)

Alcohol Screen: ☐ Negative  ☐ Positive   Collector Initials: _____  If Alcohol Screen is positive, carefully follow instructions.

REMARKS: _____

## STEP 3: Collector affixes bottle seal(s) to bottle(s). Collector dates seal(s). Donor initials seal(s). Donor completes STEP 4

## STEP 4: COMPLETED BY DONOR

I consent to have my specimen collected by the named collector, analyzed, including drug analysis, by Clinical Reference Laboratory, Inc., its employees, agents, and/or representatives ("CRL"); and the results of that analysis made available to the above named Company/Employer and/or their designee. I certify that I provided my specimen to the collector; that I have not adulterated it in any manner; that each specimen container used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen container is correct.

Date of Collection: 04 / 11 / 2019  (Mo. / Day / Year)

X _____ Signature of Donor

Phone Number: (___) ___-____

DOB: 07 / 11 / 19__  (Mo. / Day / Year)

## STEP 5: CHAIN OF CUSTODY - INITIATED BY COLLECTOR AND COMPLETED BY LABORATORY

I certify that the specimen given to me by the donor identified in step 4 above was collected, labeled, sealed and released as noted.

X _____ Signature of Collector
(PRINT) Collector's Name (First MI, Last): James A. _____

Time and Date of Analysis: 11:49 ☐ AM ☒ PM   04 / 11 / 2019

SPECIMEN BOTTLE(S) RELEASED TO: On Site Analyst
* "Short Term Storage" or On-Site Analyst *

## STEP 6a: TO BE COMPLETED BY ON-SITE ANALYST

SCREENING DEVICE UTILIZED

Device Name: ☒ CRLSTAT, or ☐ OTHER _____
Test Panel Number: ☐ 5, ☐ 7, ☐ 9, ☒ 10, or ☐ OTHER

Lot Number: PZ-01096
Expiration Date: 09 / 2020 (Mo. / Year)

## STEP 6b: TO BE COMPLETED BY ON-SITE ANALYST

RESULT: ☐ NEGATIVE

☒ Amphetamine / Methamphetamine
☒ Methadone

## STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER

My determination/verification is:
☐ Negative  ☐ Positive  ☐ Test Cancelled   Refusal To Test because: ☐ Adulterated  ☐ Substituted

REMARKS: _____

X _____ Signature of Medical Review Officer
(PRINT) Medical Review Officer's Name (First, MI, Last): _____   Date: _____

VER 2.5   11/18