---

**LINSAY BRADBURY** — Page 33

1  A    It was possession of drug paraphernalia and theft of
2   property.
3  Q    Do you remember what the charge was on the 2014 one?
4  A    Possession of drug paraphernalia, because I was in a car
5   that drug paraphernalia was found in.
6  Q    I've seen that scenario quite a bit.
7  A    I bet you have.
8  Q    Anything else?
9  A    No, that's it.
10 Q    Have you ever declared bankruptcy?
11 A    No, sir.
12 Q    Have you used illegal drugs?
13 A    In my lifetime?
14 Q    Yes.
15 A    Yes, I have.
16 Q    Which ones have you used?
17 A    I have used methamphetamine, as well as I did -- I'm
18  trying to think what it was.  Prescription medication.
19 Q    Did you use any illegal drugs during your employment
20  with Bobby?
21 A    No, I did not.
22 Q    Have you ever taken money from Queens Manor Apartments,
23  other than a paycheck?
24 A    What do you mean by that exactly?  Like --
25 Q    Like have you ever removed cash from the office?

---

**LINSAY BRADBURY** — Page 34

1  A    Besides quarters to wash laundry with, no.
2  Q    Have you ever stolen any property from Queens Manor?
3  A    No.
4  Q    I'm going to double-check, but I think that's all that I
5   have.  Oh.  No.  We've discussed your -- we've discussed your
6   work for Bobby and your claims about hours; correct?
7  A    Uh-huh.
8  Q    All right.  Is there anything that's important about it
9   that you and I have not discussed today?
10 A    Not that I can think of off the top of my head, but
11  again, if there is, I will gladly let my attorney know so he
12  can pass the information on to you.
13 Q    Excellent. Excellent. Thank you so much.  That's all I
14  have.
15 A    Okay.
16            EXAMINATION
17 BY MR. HOYT:
18 Q    All right.  Just real quick.  You mentioned earlier that
19  there was a lot of time that you'd be working, you know,
20  outside of normal business hours, I believe is what you had
21  said.  I can't remember the exact words you used, but is this
22  something that you would be called out to do or that you
23  would do -- you know, just you would decide to go up to the
24  office and work?
25 A    It was, I guess, a mixture of both.  It wasn't me just

---

**LINSAY BRADBURY** — Page 35

1   deciding that I wanted to go to the office and work.  It was
2   mostly work that I was doing after 6:00 would be -- I mean,
3   sometimes it was in the office, don't get me wrong, but a lot
4   of times it was finishing getting an apartment ready because
5   I had somebody that had already rented it or that was coming
6   the following day, and there was always a lot of damage in
7   the apartments, and cleaning and things like that, and so
8   there was that situation, as well as there were times that
9   Bobby specifically would tell me that I needed to -- like an
10  example would be Combs Apartments, their sewer would back up
11  a lot and would back up into their -- their showers and the
12  other just walk-in showers, so it would end up -- the sewage
13  would go into their actual apartment, and so there were times
14  that Bobby would tell me to go get the -- the snake and snake
15  out the plumbing lines after -- you know, after I had already
16  left, or there were -- I mean, he contacted me outside of
17  business hours all the time, but he specifically requested me
18  on a few occasions.
19 Q    I'm sorry to cut you off, but you're talking about
20  normal business hours, and earlier you said 6.  Is 6 the
21  closing time there?  Or what is 6:00?
22 A    Yes.  The office hours are 9 a.m. until 6 p.m.
23 Q    Okay.  And what was your normal schedule there?
24 A    My normal schedule, like what I normally would work?  I
25  usually would work -- if I just had to like -- on average,

---

**LINSAY BRADBURY** — Page 36

1   let's say -- we'll say kind of leaving at around 8:30 at
2   night was about average, we will say.  I'd very, very rarely
3   actually -- I don't actually remember a single day that I
4   actually left at 6:00.
5  Q    And how many days per week did you work?
6  A    If I had an assistant, I would work five.  But a lot of
7   times I would still end up having to work six.  But I didn't
8   have an assistant for very long, the couple of times that I
9   did.  But, again, most of the time I would still have to work
10  six days a week.
11              [Witness' phone falls.]
12 Q    (By Mr. Hoyt) You okay?
13 A    I'm sorry.  My phone just fell.
14 Q    All right.  Well, that is --
15 A    On average, six.
16 Q    Okay.  All right.  Well, that's all the questions I had
17  for you.
18 A    Okay.  Perfect.
19  WHEREUPON, the deposition was concluded at 11:39 a.m. on
20  October 30, 2020.