IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTOPHER HAYS and LINSAY**                             **PLAINTIFFS**
**BRADBURY, Each Individually and on**
**Behalf of All Others Similarly Situated**

vs.                         No. 4:19-cv-466-LPR

**BRIGGS RENTALS LLC and BOBBY BRIGGS**               **DEFENDANTS**

## JOINT STATUS REPORT

Plaintiffs Christopher Hays and Linsay Bradbury, and Defendants Briggs Rentals LLC, and Bobby Briggs, by and through their undersigned counsel, pursuant to the Court's Text Only Entry, ECF No. 56, submit this Joint Status Report:

1. The Parties are now in agreement on all the terms of their settlement.

2. Plaintiff Hays and Plaintiff Bradbury have both executed the finalized settlement agreement.

3. Defendants are in the process of signing the settlement agreement and issuing the settlement checks.

4. The Parties will file their dismissal papers as soon as the agreement as been fully executed and the settlement checks have been issued. If for some reason the Parties are unable to file their dismissal papers within the next 60 days, the Parties will file another joint status report.

Respectfully submitted,

**CHRISTOPHER HAYS and LINSAY BRADBURY, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and   **BRIGGS RENTALS, LLC, and BOBBY BRIGGS, DEFENDANTS**

Kevin Lemley Law Partners
206 Plaza Blvd, Suite F
Cabot, Arkansas 72023
defense@lemley-law.com

*/s/ Kevin M. Lemley (w/permission)*
Kevin M. Lemley
Ark. Bar No. 2005034

Madison Cameron
Ark. Bar No. 2017168