IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTOPHER HAYS and LINSAY**                              **PLAINTIFFS**
**BRADBURY, Each Individually and on**
**Behalf of All Others Similarly Situated**

vs.                       No. 4:19-cv-466-LPR

**BRIGGS RENTALS LLC and BOBBY BRIGGS**                **DEFENDANTS**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Christopher Hays and Linsay Bradbury, and Defendants Briggs Rentals LLC, and Bobby Briggs, by and through their respective undersigned counsel, submit the following for their Joint Stipulation of Dismissal with Prejudice:

1. Plaintiffs brought this action against Defendants alleging violations of the minimum wage and overtime provisions of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and the Arkansas Minimum Wage Act, Ark. Code Ann. § 11-4-201, *et seq.* ("AMWA")*.*

2. After arm's length negotiations in which Plaintiffs and Defendants were represented by counsel, Plaintiffs and Defendants reached an agreement that resolves all claims in this lawsuit; Plaintiffs and Defendants believe their agreement is a fair, reasonable and adequate compromise of a bona fide dispute.

3. The parties now file this stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii), which allows a case to be dismissed by stipulation if signed by all parties who have appeared.

Page 1 of 2
Christopher Hays, et al. v. Briggs Rentals LLC
U.S.D.C. (E.D. Ark.) No. 4:19-cv-466-LPR
Joint Stipulation of Dismissal with Prejudice

4.  The parties hereby stipulate to the dismissal of this action with prejudice, with each side to bear its own fees and costs.

        Respectfully submitted,

        **CHRISTOPHER HAYS and LINSAY BRADBURY, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

        SANFORD LAW FIRM, PLLC
        Kirkpatrick Plaza
        10800 Financial Centre Pkwy, Suite 510
        Little Rock, Arkansas 72211
        Telephone: (800) 615-4946
        Facsimile: (888) 787-2040

        Sean Short
        Ark. Bar No. 2015079
        sean@sanfordlawfirm.com

        Josh Sanford
        Ark. Bar No. 2001037
        josh@sanfordlawfirm.com

**and**   **BRIGGS RENTALS, LLC, and BOBBY BRIGGS, DEFENDANTS**

        Kevin Lemley Law Partners
        206 Plaza Blvd, Suite F
        Cabot, Arkansas 72023
        defense@lemley-law.com

        */s/*
        Kevin M. Lemley
        Ark. Bar No. 2005034

        Madison Cameron
        Ark. Bar No. 2017168

Page 2 of 2
Christopher Hays, et al. v. Briggs Rentals LLC
U.S.D.C. (E.D. Ark.) No. 4:19-cv-466-LPR
Joint Stipulation of Dismissal with Prejudice